IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| THERESA SHERROD and JASON SHERROD | * * * | |
| Plaintiffs | * * | |
| VS. | * * | NO: 4:08CV00333   SWW |
| BLACKSTONE MEDICAL, INC. and JOHN DOES, 1-5 | * * * | |
| Defendants | * * * * * | |

## **ORDER**

Pursuant to the parties' stipulation of dismissal (docket entry #32), this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 2ND DAY OF APRIL, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE